30372. PILGRIM HEALTH & LIFE INSURANCE COMPANY *v.* GRIMMETTE.

FELTON, J. The evidence as to the contested facts was in conflict and authorized the verdict. The appellate division of the civil court of Fulton County did not err in affirming the judgment denying a new trial.

*Judgment affirmed. Sutton, P. J., and Parker, J., concur.*

DECIDED FEBRUARY 4, 1944.

*A. T. Walden,* for plaintiff in error.
*Sara C. M. Torbert, B. L. Milling,* contra.